# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00029-CV

**In re Marcus Wright**

## ORIGINAL PROCEEDING FROM LEE COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   January 24, 2007